61,390-04

WILLIE L.RAY #1210691
POWLEDGE UNIT
1400 FM. 3452
PALESTINE,TX. 75803


AUGUST 31,2015


ABEL ACOSTA,CLERK
COURT OF CRIMINAL APPEALS
P.O.BOX 12308,CAPITOL STATION
    AUSTIN,TEXAS 78711


    Re: WRIT OF CORAM NOBIS
        CAUSE NO.: 007-0396-03-B


DEAR CLERK:

    THIS IS WILLIE L.RAY,WILL YOU PLEASE ADVISED ME HAVE MY WRIT
OF CORAM NOBIS BEEN RECEIVED AS OF AUGUST 17,2015,IF IT HAVE WILL
YOU PLEASE SEND ME THE STATUS OF IT.
THANK YOU FOR YOUR TIME,AND MAY GOD BLESS YOU!

                        *Willie L. Ray*
                        RESPECTFULLY YOURS,
                        WILLIE L.RAY #1210691


RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk